**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


TRUE RAILROAD ASSOCIATES, L.P.,    :   No. 30 MAL 2017

       Petitioner    :
   :
   :   Petition for Allowance of Appeal from
   :   the Order of the Superior Court
       v.    :
   :
   :
AMES TRUE TEMPER, INC.,    :
   :
       Respondent    :


TRUE RAILROAD ASSOCIATES, L.P.,    :   No. 31 MAL 2017

       Petitioner    :
   :
   :   Petition for Allowance of Appeal from
   :   the Order of the Superior Court
       v.    :
   :
   :
AMES TRUE TEMPER, INC.,    :
   :
       Respondent    :


TRUE RAILROAD ASSOCIATES, L.P.,    :   No. 32 MAL 2017

       Petitioner    :
   :
   :   Petition for Allowance of Appeal from
   :   the Order of the Superior Court
       v.    :
   :
   :
AMES TRUE TEMPER, INC.,    :
   :
       Respondent    :


TRUE RAILROAD ASSOCIATES, L.P.,    :   No. 33 MAL 2017

       Petitioner    :
   :
   :   Petition for Allowance of Appeal from
   :   the Order of the Superior Court
       v.    :

|                                            |     |                                                                     |
| ------------------------------------------ | --- | ------------------------------------------------------------------- |
|                                            |  :  |                                                                     |
|                                            |  :  |                                                                     |
| AMES TRUE TEMPER, INC.,                    |  :  |                                                                     |
|                                            |  :  |                                                                     |
| Respondent                                 |  :  |                                                                     |
|                                            |     |                                                                     |
| TRUE RAILROAD ASSOCIATES, L.P.,            |  :  | No. 34 MAL 2017                                                     |
|                                            |  :  |                                                                     |
| Petitioner                                 |  :  |                                                                     |
|                                            |  :  | Petition for Allowance of Appeal from                               |
|                                            |  :  | the Order of the Superior Court                                     |
| v.                                         |  :  |                                                                     |
|                                            |  :  |                                                                     |
|                                            |  :  |                                                                     |
| AMES TRUE TEMPER, INC.,                    |  :  |                                                                     |
|                                            |  :  |                                                                     |
| Respondent                                 |  :  |                                                                     |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.


     Justice Wecht did not participate in the consideration or decision in this matter.